UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sailesh A. Pratap, | No. C 09-4814 JL |
|     Plaintiff, | |
|     v. | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
| Santa Rosa City Schools, et al., | |
|     Defendants. | |
| _____/ | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____          _____

                                           Signature

                                           Counsel for _____

                                           _____

CONSENT                                           1