UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sailesh A. Pratap,<br><br>         Plaintiff,<br><br>     v.<br><br>Santa Rosa City Schools, et al.,<br><br>         Defendants.<br>_____/ | No. C 09-4814 JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____
                                  Signature


                                  Counsel for _____
                                  _____

REQUEST                           1