ERIC J. CARLSON, SBN 239553
LAW OFFICE OF ERIC J. CARLSON
P.O. Box 3612
Santa Rosa, CA 95402
Phone: (707) 921-7222
Fax: (707) 921-7222

NANCY A. PALANDATI (SB # 169987)
PETER GOLDSTONE (SB #  221220)
PALANDATI –GOLDSTONE LLP
703 Second Street, Suite 411
Santa Rosa, CA 95404
Ph: (707) 222-3115
Fx: (707) 237-6070

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAILESH A. PRATAP,<br><br>    Plaintiff<br><br>v.<br><br>SANTA ROSA CITY SCHOOLS, SHARON LIDDELL and RAINER WACHALOVSKY<br>Defendants | Case No.:    CV-09-4814JL<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS SANTA ROSA CITY SCHOOLS, SHARON LIDDELL and RAINER WACHALOVSKY'S MOTION TO DISMISS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of Record that the Defendants' MOTION TO DISMISS, currently scheduled for hearing on November 25, 2009 at 9:30 AM , be continued until December 16, 2009 at 9:30 AM in COURTROOM F to permit plaintiff additional time to file a first amended complaint.

   IT IS FURTHER STIPULATED by and between the parties that Plaintiff shall file his First Amended Complaint by November 13, 2009. Upon the filing of the first amended complaint, defendants' MOTION TO DISMISS will be removed from the Court's calendar as moot.

**IT IS SO STIPULATED**

//

Dated November 4, 2009

_____/s/   Eric J. Carlson_____
Eric Carlson,
Attorney for Plaintiff,
SAILESH A. PRATAP

Dated November 4, 2009

_____/s/____ Michael C. Wenzel_____
Michael C. Wenzel
Attorney for Defendants
SANTA ROSA CITY SCHOOLS,
SHARON LIDDELL and
RAINER WACHALOVSKY

Pursuant to agreement by the Parties,

The MOTION TO DISMISS currently calendared for November 25, 2009 at 9:30 AM is continued to December 16, 2009

**IT IS SO ORDERED.**

Dated:_____                            _____

The Honorable JAMES LARSON,

UNITED STATES DISTRICT COURT JUDGE