1  Eugene B. Elliot, SBN 111475
   Michael C. Wenzel, SBN 215388
2  Bertrand, Fox & Elliot
   2749 Hyde Street
3  San Francisco, CA  94109
   Tel: 415-353-0999
4  Fax: 415-353-0990
   Attorneys for defendants
5  SANTA ROSA SCHOOLS, SHARON
   LIDDELL and RAINER WACHALOVSKY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SAILESH A. PRATAP,                    Case No.:    CV-09-4814JL

12      Plaintiff,

13 v.                                    **STIPULATION AND [PROPOSED]
                                         ORDER EXTENDING TIME TO FILE
                                         RESPONSIVE PLEADING TO**
14 SANTA ROSA CITY SCHOOLS, SHARON       **PLAINTIFF'S FIRST AMENDED
   LIDDELL and RAINER WACHALOVSKY,       COMPLAINT**
15
        Defendants.
16

17
        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18
   attorneys of record that Defendants SANTA ROSA SCHOOLS, SHARON LIDDELL and
19
   RAINER WACHALOVSKY shall have an extension of time through and including December 7,
20
   2009, within which to file a responsive pleading to Plaintiff's First Amended Complaint.
21
   Dated:  November 18, 2009              /s/ Eric Carlson
22                                        _____
                                          Eric Carlson,
23                                        Attorney for  Plaintiff,
                                          SAILESH A. PRATAP
24
   Dated:  November 18, 2009              /s/ Michael C. Wenzel
25                                        _____
                                          Michael C. Wenzel
26                                        Attorney for  Defendants
                                          SANTA ROSA CITY SCHOOLS, SHARON
27                                        LIDDELL and RAINER WACHALOVSKY

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO
PLAINTIFF'S FIRST AMENDED COMPLAINT    CV-09-4814JL

1  **IT IS SO ORDERED.**

2  Dated: 11/20/09

_____
3  The Honorable JAMES LARSON,
UNITED STATES DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT   CV-09-4814JL