```
 1  Eugene B. Elliot, SBN 111475
    Michael C. Wenzel, SBN 215388
 2  Joshua Clendenin, SBN 245564
    Bertrand, Fox & Elliot
 3  The Waterfront Building
 4  2749 Hyde Street
    San Francisco, California  94109
 5  Telephone:  (415) 353-0999
    Facsimile:  (415) 353-0990
 6
    Attorneys for Defendants
 7  SANTA ROSA CITY SCHOOLS,
    SHARON LIDDELL and RAINER WACHALOVSKY
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAILESH A. PRATAP,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTA ROSA CITY SCHOOLS, SHARON LIDDELL, RAINER WACHALOVSKY and DOES 1 through 20,<br><br>    Defendants. | Case No.:  CV-09-4814JL<br><br>NOTICE OF WITHDRAWAL OF PENDING MOTION<br><br>Hearing Date:  November 25, 2009<br>Time: 9:30 a.m.<br>Courtroom F, 15th floor<br>Honorable James Larson |

PLEASE TAKE NOTICE that defendants SANTA ROSA CITY SCHOOLS, SHARON LIDDELL and RAINER WACHALOVSKY hereby withdraw their motion to dismiss plaintiff's original complaint which was scheduled to heard on November 25, 2009.  A first amended complaint was filed on November 13, 2009.  Defendants will file a responsive pleading to that first amended complaint on or before December 7, 2009.

Dated: December 1, 2009           BERTRAND, FOX & ELLIOT
                                    /s/ Michael C. Wenzel
                              By:_____
                                  Eugene B. Elliot
                                  Michael C. Wenzel
                                  Attorneys for Defendants
                                  SANTA ROSA CITY SCHOOLS, SHARON
                                  LIDDELL and RAINER WACHALOVSKY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF PENDING MOTION        CV-09-4814 JL                    2