ERIC J. CARLSON, SBN 239553
LAW OFFICE OF ERIC J. CARLSON
P.O. Box 3612
Santa Rosa, CA 95402
Phone: (707) 921-7222
Fax: (707) 921-7222

NANCY A. PALANDATI, SBN 169987
PETER GOLDSTONE, SBN 221220
PALANDATI –GOLDSTONE LLP
703 Second Street, Suite 411
Santa Rosa, CA 95404
Phone: (707) 222-3115
Fax: (707) 237-6070

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAILESH A. PRATAP,<br><br>  Plaintiff,<br><br>v.<br><br>SANTA ROSA CITY SCHOOLS, SHARON LIDDELL and RAINER WACHALOVSKY<br><br>  Defendants. | Case No.: CV-09-04814 JL<br><br>NOTICE OF CONDITIONAL SETTLEMENT<br><br>Date: June 2, 2010<br>Time: 10:30 a.m.<br>Courtroom: F |

The Parties and their counsel of record have participated in mediation and have reached a settlement agreement. The Parties wish to have the Case Management Conference, set for June 2, 2010 in Courtroom F, taken off calendar. The Parties will file a dismissal with the Court once the terms of the Settlement Agreement have been finalized, and request the matter be put on the forty-five day dismissal calendar.

Dated: May 27, 2010

/s/
Eric Carlson,
Attorney for Plaintiff,
SAILESH A. PRATAP

Dated: May 27, 2010

/s/
Eugene B. Elliot
Attorney for Defendants
SANTA ROSA CITY SCHOOLS,
SHARON LIDDELL and
RAINER WACHALOVSKY

---

NOTICE OF CONDITIONAL SETTLEMENT
CV 09-04814JL

1